[No. 41509-3-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WOMBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01280-0, Richard J. Thorpe, J., entered October 20, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41606-5-I.    Division One.    April 19, 1999.]

CHRISTOPHER HILL, *Appellant*, v. PHILLIPS MANAGEMENT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-28293-6, Joan DuBuque, J., entered August 7, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41658-8-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DOYLE RICCO BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03039-7, Faith Ireland, J., entered October 17, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41676-6-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN PAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04947-1, Faith Ireland, J., entered November 19, 1997. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy, C.J., and Coleman, J.